UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNG KEUN KIM,<br><br>                Plaintiff,<br><br>vs.<br><br>NEW YORK MEAT, INC. and JONG HWAN NO,<br><br>                Defendants. | **21 Civ. 1422   (ENV) (RER)**<br><br>**STATEMENT PURSUANT TO**<br>**FEDERAL CIVIL RULE 7.1** |

**PLEASE TAKE NOTICE** that Defendant **NEW YORK MEAT, INC.,** duly formed and existing under the laws of the State of New York, by its attorneys pursuant to Federal Civil Rule 7.1 state as follows:

There are no parent corporations nor any publicly held corporations that own any percentage of the above named corporation.

Dated: New York, New York
        April 19, 2021

                                              LAW OFFICES OF JONATHAN Y. SUE, PLLC

                                               */s/ Jonathan Sue*
                                        By: Jonathan Y. Sue
                                          *Attorneys for Defendants*
                                          303 Fifth Avenue, Suite 1207
                                          New York, New York 10016
                                          212.967.1001
                                          js@jyspllc.com

LAW OFFICES OF
JONATHAN Y. SUE, PLLC
303 Fifth Avenue
Suite 1207
New York, NY 10016
212.967.1001