UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

**CASE MANAGEMENT PLAN**

KIM

Docket Number: 21-cv-01422

Plaintiff,

-against-

New York Meat, Inc. et. al

Defendant,
----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by July 30, 2021

2. No additional parties may be joined after December 31, 2021

3. No amendment of the pleadings will be permitted after December 31, 2021

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: July 14, 2021.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (a) expert witnesses on or before Aug. 31, 2021.
    (b) rebuttal expert witnesses on or before Oct. 30, 2021.

6. All discovery, including depositions of experts, shall be completed on or before Dec. 31, 2021 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

☐ Yes    ☑ No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME    Ryan Kim
Attorney for Plaintiff
ADDRESS 222 Bruce Reynolds, Blvd. #490 Fort Lee, NJ
E-mail: ryan@ryankimlaw.com
Tel.:   201-897-8787
Fax:

NAME    Jonathan Sue
Attorney for Defendant
ADDRESS 303 Fifth Avenue, Suite 1207, New York NY 10016
E-mail: js@jyspllc.com
Tel.:   212-967-1001
Fax: