UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JUNG KEUN KIM on behalf of himself and all Others similarly situated,

        Plaintiff,

v.

NEW YORK MEAT, INC. PICNIC WORLD, CORP, the estate of Yun Hwa No and JONG HWAN NO,

        Defendants.

---

Case No.: 1:21-cv-01422-ENV-RER

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Picnic World, Corp., by and through its undersigned attorneys, states:

Defendant Picnic World, Corp. does not have any parent corporation, or publicly held corporation that owns 10% or more of its stock.

Dated: Englewood Cliffs, New Jersey
December 8, 2021

    HUR, LASH & CHOE, LLP

    By: __/s/ Robert L. Lash__
        Scott K. Hur (SH9869)
        Robert L. Lash (RL0925)
    *Attorneys for Defendant Picnic World Corp.*
    600 Sylvan Avenue, Suite 109
    Englewood Cliffs, NJ 07632
    Tel: (212) 468-5590
    Email: shur@hlnylaw.com
           rlash@hlnylaw.com