UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JUNG KEUN KIM on behalf of himself and all
Others similarly situated,

                Plaintiff,                Case No.: 1:21-cv-01422-ENV-RER

    v.                                  **NOTICE OF APPEARANCE**

NEW YORK MEAT, INC. PICNIC WORLD,
CORP, the estate of Yun Hwa No and JONG
HWAN NO,

                Defendants.
_____

TO:    THE CLEARK OF THE COURT AND ALL PARTIES OF RECORD

       PLEASE TAKE NOTICE that, Robert L. Lash and Scott K. Hur of the law firm Hur, Lash & Choe, LLP, are admitted to practice before this court and appear on behalf of Defendant Picnic World, Corp.

Dated: Englewood Cliffs, New Jersey
         December 10, 2021

                                                HUR, LASH & CHOE, LLP

                                                By:  /s/ Robert L. Lash
                                                      Scott K. Hur (SH9869)
                                                      Robert L. Lash (RL0925)
                                             *Attorneys for Defendant Picnic World Corp.*
                                             600 Sylvan Avenue, Suite 109
                                             Englewood Cliffs, NJ 07632
                                             Tel: (212) 468-5590
                                             Fax: (212) 468-5599
                                             Email: shur@hlnylaw.com
                                                         rlash@hlnylaw.com