UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jung Keun Kim

                                 Plaintiff,

          -against-

New York Meat Inc et al.,

                               Defendant,
-----------------------------------------------------------X

**CASE MANAGEMENT PLAN**

Docket Number: 21-cv-01422

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __N/A__.

3. No amendment of the pleadings will be permitted after __3/30/2022__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __1/14/2022__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
      (a)   expert witnesses on or before __N/A__.
      (b)   rebuttal expert witnesses on or before __N/A__.

6. All discovery, including depositions of experts, shall be completed on or before __5/31/2022__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

    ☐ Yes    ☑ No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RAMON E. REYES, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

NAME     Ryan Kim
Attorney for Plaintiff
ADDRESS 222 Bruce Reynolds, Blvd. #490 Fort Lee, NJ
E-mail: ryan@ryankimlaw.com
Tel.:    201-897-8787
Fax:

NAME     Jonathan Sue
Attorney for Defendant New York Meat, Inc and Jong Hwan No
ADDRESS  303 Fifth Avenue, Suite 1207, New York NY 10016
E-mail: js@jyspllc.com
Tel.: 212-967-1001
Fax:

NAME:  Robert L. Lash
Attorneys for Defendant Picnic World Corp.
600 Sylvan Avenue, Suite 109
Englewood Cliffs, NJ 07632
E-Mail: shur@hlnylaw.com
Tel: 212) 468-5590
Fax: 212) 468-5599