

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

August 21, 2022

*Via ECF*

Hon. Ramon E. Reyes, Jr., U.S.M.J. United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

**Re:** **Kim v. New York Meat Inc. et al., 21-CV-01422**

Dear Judge Reyes, Jr.,

This office represents plaintiff in the above captioned matter. We write this letter in response to the letter submitted by defendant Pincin World's counsel Mr. Scott Hur.

Plaintiff did not issue new subpoena as alleged by Mr. Hur. We noticed that the old one had wrong witness name so we corrected it and sent it to all counsel of record. The dates and times of the deposition as well as number of witnesses (3) to be deposed remain the same.

I wish Mr. Hur had emailed or called my office to inquire before assuming the worst and file his letter motion.

Respectfully submitted,

/s/ Ryan J. Kim
Counsel for plaintiff