

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

October 21, 2022

    *Via ECF*

    Hon. Ramon E. Reyes, Jr., U.S.M.J. United States District Court
    Eastern District of New York
    225 Cadman Plaza East, Rm. N208
    Brooklyn, New York 11201

    **Re:**    **Kim v. New York Meat Inc. et al., 21-CV-01422**

    Dear Judge Reyes, Jr.,

This office represents the plaintiff in the above-captioned matter. We write this letter to inform the court of the status of the case pursuant to the court's order of October 4, 2022, jointly.

1. Plaintiff's deposition was held on October 19, 2022.
2. Defendant New York Meat, Inc. has not received Plaintiff's unemployment insurance documents to date but an inquiry regarding the status was made today, and received the response to the inquiry that the request was received and is currently being processed.
3. The parties' discovery has otherwise been completed.
4. Also, the parties agree to refer this case to mediation.

    Respectfully submitted,

                                               /s/ Ryan J. Kim
                                             Counsel for plaintiff

Cc: Jonathan Sue, Esq.
    Robert Lash, Esq.
    Scott Hur, Esq.