**Exhibit B – Witness Lists**

**PLAINTIFF'S WITNESS LIST**

| Witness Name/Address | Direct/Impeachment/Rebuttal | Narrative Statement of Expected Testimony |
|---|---|---|
| Jung Keun Kim<br><br>c/o Ryan Kim Law, P.C.<br><br>222 Bruce Reynolds Blvd.<br><br>Suite 490<br><br>Fort Lee, NJ 07024 | Direct | Kim will testify regarding his employment with Defendants, including the dates of employment, his roles and job descriptions, Defendants' methods of timekeeping or lack thereof, his working hours, his pay, and Defendants' record keeping (including their failure to provide him with a time of hire wage notice) |
| Jong Hwan No | Direct | JH will testify regarding his involvement with NY Meat and how he handled paying employees. |
| Eun Kyung No | Direct | EK will testify regarding her involvement with the restaurant and side dish business. |
| Ji Won Hong<br><br>5829 207th Street, Oakland Gardens, New York 11364 | Direct | Hong will testify regarding Plaintiff's employment with Defendants, including Plaintiff's roles and job descriptions, Defendants' methods of timekeeping or lack thereof, Plaintiff's working hours, his pay, and Defendants' record keeping (including their failure to provide him with a time of hire wage notice) |
| Shin Tae Kim | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Ok Hyun Lee | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Hyung Jun Kim | Direct | Witness will testify regarding plaintif's employment with the restaurant. |

| Young Keum Chung | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
|---|---|---|
| Tae Min Choi | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Young Kon Kim<br><br>917) 767-0789 | Direct | Mr. Kim will testify that Plaintiff had worked for San Soo Gab San II and Plaintiff did all the errands of the late Yun Hwa No day and night during his employment period for Defendants |
| Tae Sik Sohn<br><br>917) 657-3317 | Direct | Mr. Sohn has personal knowledge that Plaintiff had worked for San Soo Gab San II and Plaintiff did all the errands of the late Yun Hwa No day and night during his employment period for Defendants |
| Jung Soon Lee<br><br>718) 961-4307 | Direct | Bookkeeper for NYM, Hankuk Jungyuk, San Soo Gab San 2, Kono Chicken, Soo Poong Janchi |
| Chung Woong Lee | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Ming Zi Lin | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Sam Bong Ha<br><br>347) 523-3540 | Direct | Night Chef of San Soo Gap San 2 |
| Cesar Flores | Direct | Witness will testify regarding plaintif's employment with the NYM. |
| Jorge Martinez | Direct | Witness will testify regarding plaintif's employment with the NYM. |
| Mark An | Direct | Witness will testify regarding plaintif's employment with the NYM. |
| Eric Valencia | Direct | Witness will testify regarding plaintif's employment with the NYM. |

| Joo Yeon Lee | Direct | Owner of record of PW |
|---|---|---|
| Soon Kwon | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Dong Kwan Lee | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Soo Il Choi | Direct | Sous chef of San Soo Gab San 2 |
| Bong Gu Kang | Direct | Witness will testify regarding plaintif's employment with the restaurant. |
| Eun Jung Lee<br><br>646) 764-2864 | Direct | GM of San Soo Gap San 2. |
| Soon Ok Kim<br><br>646) 515-0040 | Direct | Cashier of Hankuk Jungyuk, Mr. No's wife |

**DEFENDANTS' WITNESS LIST**

**Defendant New York Meat, Inc.'s**
**Objection to Plaintiff's Witness List**

1.      Object to following witnesses that were not previously disclosed prior to close of discovery:

Shin Tae Kim
Ok Hyun Lee
Hyung Jun Kim
Young Keum Chung
Tae Min Choi

Chung Woong Lee
Ming Zi Lin
Soon Kwon
Dong Kwan Lee
Bong Gu Kang
Soo Ok Ki

**Defendant Picnic World's**
**Objection to Plaintiff's Witness List**

Picnic World objects to following witnesses that were not previously disclosed prior to close of Discovery, as well as other reasons noted below:

| Name: | Reason for Objection |
|---|---|
| Shin Tae Kim | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Ok Hyun Lee | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Hyung Jun Kim | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Young Keum Chung | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Tae Min Choi | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Young Kon Kim | Not disclosed during discovery; cumulative |
| Tae Sik Sohn | Not disclosed during discovery; cumulative |
| Jung Soon Lee | Description of expected testimony too vague; |
| Chung Woong Lee | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Ming Zi Lin | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Sam Bong Ha | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Soon Kwon | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Dong Kwan Lee | Not disclosed during discovery; description of expected testimony too vague; cumulative |

| Name: | Reason for Objection |
|---|---|
| Soon Il Choi | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Bong Gu Kang | Not disclosed during discovery; description of expected testimony too vague; cumulative |
| Eun Jung Lee | Description of expected testimony too vague |
| Soo Ok Kim | Not disclosed during discovery; description of expected testimony too vague |

## 8.  Defendants New York Meat, Inc. and Jong Hwan No's Witnesses

1.   Jong Hwan No
     355 Food Centre Drive, Suite A19
     Bronx, New York 10474

     Owner of New York Meat, Inc.  Will testify as to appointment of plaintiff as manager in 1997.  Plaintiff was in charge of all employees which ranged from 8 to 12 employees.  Plaintiff as the manager was the only individual that was authorized and in fact dealt with vendors and negotiated prices with them.  This was the same for customers (restaurants and supermarkets).  Plaintiff hired and fired employees and directed their work.

     Plaintiff arrived at the NYM located at 600 a.m. and left when he finished his work which was between 1100 am to 100 pm.

2.   Jung Soon Lee
     355 Food Centre Drive, Suite A19
     Bronx, New York 10474

     Current bookkeeper who worked for over 27 years with plaintiff.  She will testify that plaintiff was the manager in charge of New York Meat and that he directed employees and assisted with payroll, such as paying employees their wages.

3.   Eric Valencia
     355 Food Centre Drive, Suite A19
     Bronx, New York 10474

     Current driver of New York Meat, Inc.   He has been with NYM for over 9 years.  As the driver he will testify as to plaintiff being the manager who directed his work.  He will also testify as to what else plaintiff did as manager and the hours worked by plaintiff.

4.   Cesar Valencia
     355 Food Centre Drive, Suite A19
     Bronx, New York 10474

     Current driver of New York Meat, Inc.   He has been with NYM for over 6 years. As the driver he will testify as to plaintiff being the manager who directed his work.  He will also testify as to what else plaintiff did as manager and the hours worked by plaintiff.

5.   Mark An

     Current manager of New York Meat, Inc. who previously worked under plaintiff.  He will testify as to what plaintiff did as manager and that he performs the same work as the present manager.

6.      John Pacifico - Westside Foods Inc.
        355 Food Center Drive, Building E
        Bronx, New York 10474

        Owner of one of the vendors used by New York Meat.  He will testify that plaintiff represented himself to be the owner/officer of New York Meat and that plaintiff advised him that he the person in charge who oversaw daily operations.  He will also testify that he dealt exclusively with plaintiff who negotiated prices and placed orders with Westside Foods.

7.      Austin Johnson - Austin Meat and Seafood Company
        355 Food Center Drive A-14
        Bronx, New York 10474

        Sales manager will testify that he dealt with plaintiff on numerous occasions who represented himself to be the manager of New York Neat.  He will testify that he negotiated prices and maintained a good business relationship with him.  Since both businesses are adjacent to each other Allyn Cohen and plaintiff met each other regularly.

8.      Mike Johnson - Austin Meat and Seafood Company
        355 Food Center Drive A-14
        Bronx, New York 10474

        Part owner of Austin Meat.   He  will  testify  that he dealt with plaintiff on numerous occasions who represented himself to be the manager of New York Neat.  He will testify that he negotiated prices and maintained a good business relationship with him.

9.      Allyn Cohen - Austin Meat and Seafood Company
        355 Food Center Drive A-14
        Bronx, New York 10474

        Sales manager will testify that he dealt with plaintiff on numerous occasions who represented himself to be the manager of New York Neat.  He will testify that he negotiated prices and maintained a good business relationship with him.  Since both businesses are adjacent to each other Allyn Cohen and plaintiff met each other regularly.

10.     Charles Chong - Barn Joo Restaurant
        34 West 35th Street
        New York, New York 10001

        Owner of restaurant which was a customer of NYM.  He will testify that he dealt with plaintiff who represented himself as being the manager of NYM.  He negotiated prices with plaintiff and also contacted him when he had a problem with any orders.

11.     Jong Heon Kim - New Sansoogapsan Restaurant
        38-13 Union Street

Flushing, New York 11354

Owner of restaurant which was a customer of NYM.  He will testify that he dealt with plaintiff who represented himself as being the manager of NYM.  He negotiated prices with plaintiff and also contacted him when he had a problem with any orders.

12.   Tae Sik Son
      38 Jessica Place
      Roslyn Heights, New York 11577

A former manager's assistant at NYM who worked under plaintiff.  He will testify as to plaintiff being the manager who directed his work.  He will also testify as to what else plaintiff did as manager and the hours worked by plaintiff.

13.   Dong Kwan Lee
      317 High Street
      Northvale, New Jersey 07647

A former manager's assistant at NYM who worked under plaintiff.  He will testify as to plaintiff being the manager who directed his work.  He will also testify as to what else plaintiff did as manager and the hours worked by plaintiff.

## Schedule B

List of Picnic World's Witnesses

1. JooYeon Lee (240-23A Oak Park Drive, Douglaston, New York 11305):

   She will testify that she is the sole owner and president of Picnic World.  Picnic World was incorporated in 2016 and has no relationship with New York Meat, Inc. other than being a customer.  She will also testify that (a) Picnic World owns and operates a Korean restaurant, Sansoogapsan 2, (b) Plaintiff was never an employee of Picnic World, and (c) Yun Hwa No never had any part in the operation or management of Picnic World.

2. Eun Jung Lee (185-33 43rd Road, Flushing, New York 11358):

   She will testify as to the management and operations of Picnic World and that (a) Plaintiff was never employed by Picnic World and (b) Yun Hwa No did not take any part in the operation or management of Picnic World.  She will further testify that Picnic World never requested Plaintiff to perform work for the business.  She will further testify that Picnic World keeps track of its employees' working hours through use of a timecard system.

3. Eun Kyung No (240-23A Oak Park Drive, Douglaston, New York 11305):

   She will testify that Plaintiff ran errands (e.g., catered food deliveries and purchased items) for a business owned by Yun Hwa No prior to Picnic World beginning its operations in 2016..  She will further testify that Plaintiff was never an employee and that Plaintiff was always paid for any errands he may have run.

4. Bong Gu Kang (144-19 Barclay Avenue, Flushing, New York 11355)

   He will testify that he has never seen Plaintiff work for Picnic World, including running errands to purchase restaurant supplies or deliver catered food.

5. Chung Woong Lee (35-35 164th Street, Flushing, New York 11358)

   He will testify that Plaintiff was never employed by Picnic World and hence no payroll was ever processed for Plaintiff.  He will also testify as to Picnic World's use of timecards to keep track of employees' working hours.

6. Ming Zi Lin (147-37 38th Avenue, Flushing, New York 11354)

   She will testify that she has never seen Plaintiff work for Picnic World, including running errands to purchase restaurant supplies or deliver catered food.

7. Sam Bong Ha (3620 Parsons Blvd., #4B, Flushing, New York 11354)

   He will testify that he has never seen Plaintiff work for Picnic World, including running errands to purchase restaurant supplies or deliver catered food.