## Schedule C: Designated deposition testimony

**Jong Hwan No deposition 6/13/2022 transcript vol 1 (Page#: Line#)**

07:14-08:03, 16:02-16:04, 16:25-17:05, 37:09-38:05, 39:08-39:15, 40:04-40:22, 46:06-47:16, 53:11-54:12, 54:13-55:11, 54:16-55:08, 55:25-56:04, 56:15-56:25, 57:16-58:07, 60:10-63:16, 63:17-64:15, 65:02-66:8, 66:02-66:08, 66:22-68:07, 72:08-72:18, 72:13-73:08, 73:19-75:22, 76:12-77:12, 78:02-78:07, 80:04-80:14, 81:12-82:07, 87:06-96:04, 97:08-98:10, 100:07-100:20, 100:25-102:03, 102:04-102:23, 102:24-104:07, 104:23-106:08, 106:15-108:14, 113:12-114:02, 117:21-118:07, 118:20-124:11, 126:06-126:08, 127:06-128:04, 132:23-133:04, 133:05-136:03, 138:17-139:09, 139:14-142:06, 142:07-146:08

**Jong Hwan No deposition 6/14/2022 transcript vol 1 (Page#: Line#)**

167:24-169:04, 185:08-185:25, 186:02-186:18, 191:02-191:20, 198:02-199:03, 198:17-198:24

**Eun Kyung No deposition transcript (Page#: Line#)**

10:21-11:24, 11:25-12:19, 13:05-14:07, 14:15-15:15, 16:23-17:22, 18:15-19:05, 18:15-20:15, 21:21-21:24, 22:07-22:10, 23:16-24:14, 24:15-25:04, 28:05-29:17, 29:21-30:16, 32:11-33:15, 35:23-36:08, 40:19-41:06, 47:23-48:14, 48:21-49:15, 48:24-49:15. 49:20-50:02, 50:06-50:19, 53:05-53:15, 55:07-55:24, 56:15-57:14, 57:15-57:23, 58:09-61:20, 64:22-65:14, 65:15-66:11, 66:22-66:25, 67:02-67:10, 68:19-69:20, 71:05-72:24, 71:05-72:24, 78:16-79:20, 80:14-83:08, 85:02-87:20, 95:04-95:16, 103:25-104:04, 104:09-104:12, 112:20-113:25, 115:13-115:17, 126:05-126:11, 127:20-128:04, 128:17-128:19, 129:17-130:11

**Jung Soon Lee deposition transcript (Page#: Line#)**

22:25-23:18, 25:20-25:24, 30:19-31:24, 32:06-32:13, 34:04-34:19

**Joo Yeon Lee deposition transcript (Page#: Line#)**

9:25-10:23, 10:24-11:05, 11:14-12:20, 13:15-14:02, 14:03-17:07, 17:14-17:16, 17:19-18:13, 17:19-19:11, 21:22-22:12, 30:20-31:08, 33:12-34:03, 34:04-34:10, 35:11-35:22, 37:08-38:05, 80:14-80:32:11-33:15, 9, 84:12-84:32:11-33:15, 35:23-36:08, 35:23-36:08, 40:19-41:06, 47:23-48:14, 47:23-48:14, 48:21-49:15

**Eun Jung Lee deposition transcript (Page#: Line#)**

19:22-20:22, 19:22-21:13, 20:23-21:13, 22:04-22:17, 24:02-24:08, 24:16-24:23, 27:08-28:07, 29:02-29:06, 34:04-34:21, 34:22-35:12, 37:10-40:16, 44:03-44:11, 44:03-44:18,  45:08-45:16, 48:13-48:25, 49:06-51:24, 57:02-57:17, 67:23-68:15, 81:08-82:23, 94:15-95:03, 95:17-96:15, 105:24-106:06, 107:05-107:15

**Mark An deposition transcript (Page#: Line#)**

27:05-27:12, 36:25-37:19

## 9. Defendant New York Meat's Deposition Testimony

Plaintiff Jung Keun Kim (May 17, 2022 - pages 1-191)
Plaintiff Jung Keun Kim (June 15, 2022 - pages 192-349)

| No. | page(s) | line(s) | No. | page(s) | line(s) | No. | page(s) | line(s) |
|---|---|---|---|---|---|---|---|---|
| 1 | 22 | 12-18 | 26 | 146-147 | 22-4 | 51 | 255 | 21-25 |
| 2 | 23-24 | 20-6 | 27 | 150 | 9-13<br>18-22 | 52 | 256 | 18-20 |
| 3 | 29 | 14-20 | 28 | 163 | 20-22 | 53 | 306-307 | 24-4 |
| 4 | 31-32 | 20-4 | 29 | 164 | 2-11 | 54 | 310<br>310-311 | 5-7<br>25-3 |
| 5 | 33 | 17-20 | 30 | 168 | 22-25 | 55 | 316 | 19-25 |
| 6 | 34 | 14-17 | 31 | 186 | 14-24 | 56 | 321 | 2-9 |
| 7 | 37 | 13-21 | 32 | 200 | 14-21 | 57 | 332 | 5-10 |
| 8 | 52 | 20-25 | 33 | 214-215 | 8-15 | 58 | 332 | 22-25 |
| 9 | 58 | 18-20 | 34 | 216 | 3-10 | 59 | 334 | 1-17 |
| 10 | 60 | 11-22 | 35 | 217 | 4-16 | 60 | 336-337 | 13-9 |
| 11 | 61<br>62 | 3-9<br>4-8 | 36 | 218 | 16-20 | 61 | 338 | 5-8 |
| 12 | 63 | 6-10 | 37 | 218-219 | 25-6 | 62 | 338 | 16-18 |
| 13 | 67 | 16-19 | 38 | 220 | 3-6 | 63 | 338-339 | 23-2 |
| 14 | 78 | 21-24 | 39 | 221 | 5-7 | 64 | 343 | 7-17 |
| 15 | 80-81 | 21-9 | 40 | 223-224 | 15-12 | 65 | 345 | 5-14 |
| 16 | 94 | 14-18 | 41 | 224-225 | 17-1 | 66 | 345 | 22-25 |
| 17 | 97 | 12-22 | 42 | 226-227 | 20-4 | | | |
| 18 | 98 | 6-11 | 43 | 232 | 8-16 | | | |
| 19 | 98-99 | 23-5 | 44 | 236-237 | 15-6<br>19-24 | | | |
| 20 | 111 | 16-19 | 45 | 248-249 | 6-17<br>23-4 | | | |
| 21 | 116 | 6-9 | 46 | 250 | 18-24 | | | |
| 22 | 131 | 8-16 | 47 | 250-251 | 25-6 | | | |
| 23 | 132 | 5-15 | 48 | 251<br>252 | 15-17<br>1-8 | | | |
| 24 | 134 | 3-7 | 49 | 253 | 3-12 | | | |
| 25 | 144-145 | 15-10 | 50 | 254 | 3-7 | | | |

## PICNIC WORLD'S DEPOSITION EXCERPTS

a. Plaintiff Jung Keun Kim (May 17, 2022 – pages 1-191)

| Number | Page(s) | Line(s) |
|---|---|---|
| 1 | 32 | 12-25 |

b. Plaintiff Jung Keun Kim (June 15, 2022 – pages 192-349)

| Number | Page(s) | Line(s) |
|---|---|---|
| 2 | 262 | 18-25 |
| 3 | 263 | 1-5 |
| 4 | 266 | 23-25 |
| 5 | 267 | 1-10 |
| 6 | 269 | 4-25 |
| 7 | 270 | 1-5 |
| 8 | 273 | 9-25 |
| 9 | 274 | 1-18 |
| 10 | 275 | 9-19 |
| 11 | 295 | 2-18 |
| 12 | 300 | 17-25 |
| 13 | 301 | 1-23 |
| 14 | 310 | 17-24 |
| 15 | 311 | 22-25 |
| 16 | 312 | 1-8 |
| 17 | 345 | 9-25 |
| 18 | 346 | 3-15 |

c. Plaintiff Jung Keun Kim (October 19, 2022 – pages 1-54)

| Number | Page(s) | Line(s) |
|---|---|---|
| 19 | 12 | 19-25 |
| 20 | 13 | 1-25 |
| 21 | 14 | 1-13 |
| 22 | 18 | 3-19 |
| 23 | 19 | 16-25 |
| 24 | 20 | 2-25 |
| 25 | 21 | 1-7 |
| 26 | 22 | 11-19 |
| 27 | 23 | 13-22 |
| 28 | 24 | 7-25 |
| 29 | 25 | 21-25 |
| 30 | 26 | 2-17 |

| | | |
|---|---|---|
| 31 | 27 | 12-18 |
| 32 | 29 | 5-19 |
| 33 | 31 | 22-25 |
| 34 | 32 | 6-15 |
| 35 | 33 | 13-25 |
| 36 | 34 | 2-25 |
| 37 | 35 | 2-24 |
| 38 | 36 | 2-25 |
| 39 | 37 | 2-25 |
| 40 | 38 | 2-25 |
| 41 | 39 | 2-25 |
| 42 | 40 | 2-25 |
| 43 | 41 | 2-25 |
| 44 | 42 | 2-25 |
| 45 | 43 | 2-17 |
| 46 | 44 | 7-11 |
| 47 | 45 | 2-25 |
| 48 | 46 | 2-12 |
| 49 | 50 | 6-25 |
| 50 | 51 | 2-3 |