## Schedule D: The parties' Exhibit lists

## – Plaintiff's Exhibit List

| Exhibit Number/ Letter | Exhibit Description | Exhibit Identification |
|---|---|---|
| 1 | Kim and Cho vs. Jong Hwan No, et. al Index No. 707242 filed documents | NYM objection<br><br>PW Objection – Relevance, Hearsay, not disclosed during discovery |
| 2 | Plaintiff's Credit and Debit Card Statements | JKKIM 00235-00248<br><br>PW Objection – hearsay, foundation |
| 3 | Plaintiff's cell phone log | JKKIM 0249-10437<br><br>PW Objections – hearsay, foundation |
| 4 | Kakao talk messages plaintiff produced | JKKIM 00001-00234;<br><br>PW Objection – hearsay, foundation |
| 5 | EZ Pass record from defendant NYM. | No Bates stamped<br><br>NYM objection<br><br>(EZ Pass records we produced were bates stamped NYM 5-46; 164-226) |

| | | |
|---|---|---|
| | | and they should be identified; |
| 6 | Justin Hong business card | JKKIM 10444 |
| 7 | USDA FOIA Document 2022-FSIS-00203-F, and letter signed by Dexter Johnson, Director of Freedom of Information Act Staff, USDA page 1-5, 9-11 | NYM objection |
| 8 | Liquor license of Sansookapsan 2 and Picnic world from NY state | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 9 | NY Dept. of State certified SANSOOGAPSAN II, INC. Entity documents (Certificate of Incorporation, Biennial statements & Certificate of Dissolution) | NYM objection;<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 10 | NY Dept. of State certified Picnic World Corp. (Certificate of Incorporation, Biennial Statements) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 11 | NY Dept. of State certified NYM Prime Market, Inc. Entity documents (including Certificate of Incorporation) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |

| 12 | NY Dept. of State certified New York Meat, Inc. Entity documents (including Certificate of Incorporation, & Biennial statements) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
|---|---|---|
| 13 | NY Dept. of State Chung Woong Market, Inc. Entity documents (including Certificate of Incorporation, & Biennial statements) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 14 | NJ Dept. of State certified NYM Prime, Inc Entity documents (Certificate of Incorporation) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 15 | NY Dept. of State certified Father Brother Sister Inc. Entity documents (Certificate of Incorporation) | NYM objection<br><br>PW Objection – hearsay, foundation, not disclosed, relevance |
| 16 | Declaration of Jong Hwan No | Dkt. 37-5 |
| 17 | Declaration of Jooyeon Lee executed on May 22, 2022 | Dkt. 37-15;<br><br>PW Objection – hearsay |
| 18 | Declaration of Jooyeon Lee executed on April 4, 2022 | Dkt. 37-16<br><br>PW Objection – hearsay |
| 19 | Declaration of Eun Jung Lee executed on May 21, 2022 | Dkt. 37-13;<br><br>PW Objection – hearsay |

| | | |
|---|---|---|
| 20 | Declaration of Eun Jung Lee executed on April 5. 2022 | Dkt. 37-14<br><br>PW Objection – hearsay |
| 21 | Declaration of Soo Il Choi | Dkt. 37-21<br><br>PW Objection – hearsay |
| 22 | Declaration of Tae Sik Son | Dkt. 37-7<br><br>PW Objection – hearsay |
| 23 | Declaration of Dong Kwan Lee | Dkt. 37-7<br><br>PW Objection – hearsay |
| 24 | Declaration of Bong Gu Kang | Dkt. 37-17'<br><br>PW Objection – hearsay |
| 25 | Declaration of Chung Woong Lee | Dkt. 37-18<br><br>PW Objection – hearsay |
| 26 | Declaration of Ming Zi Lin | Dkt. 37-19<br><br>PW Objection – hearsay |
| 27 | Declaration of Sam Bong Ha | Dkt. 37-20<br><br>PW Objection – hearsay |
| 28 | Declaration of Jong Hwan No | Dkt. 37-5 |
| 29 | Declaration of Jung Soon Lee 3/14/2022 | Dkt. 37-6<br><br>PW Objection – hearsay |
| 30 | Declaration of Eric Valencia | Dkt. 37-6 |
| 31 | Declaration of Cesar Flores | Dkt. 37-6 |
| 32 | Declaration of Jorge Martinez | Dkt. 37-6 |

| 33 | Declaration of Mark An | Dkt. 37-6 |
|---|---|---|
| 34 | Declaration of Soon Kwon | Dkt. 37-6 |
| 35 | Complaint against Sansoogapsan II, Inc. & Yun Hwa No (15-cv-2749) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 36 | Answer to complaint Sansoogapsan II, Inc. & Yun Hwa No (15-cv-2749) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 37 | Plaintiff's note re: the people he communicated by phone re: work. | NYM objection<br><br>PW Objection – hearsay, foundation |
| 38 | The Korea Daily Article from May 1, 2020 (https://news.koreadaily.com/2020/05/01/society/community/862314.html) | NYM objection<br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 39 | The Korea Times article from June 8, 2007 (http://m.koreatimes.com/article/20070608/386888) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not |

|  |  | disclosed |
|---|---|---|
| 40 | The New York Ilbo article from April 21, 2018 (http://www.newyorkilbo.com/39424) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 41 | NewyorkKorea.net article from April 30, 2013 (https://newyorkkorea.net/board/index.html?id=noticenews&smode=both&skey=new&asort=hit&page=24&no=174) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 42 | The Korea Times article from June 21, 2016 (http://m.koreatimes.com/article/20160621/994625) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 43 | NewyorkKorea.net article from April 30, 2015 (https://www.newyorkkorea.net/board/index.html?id=noticenews&page=11&no=290) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 44 | The Korea Times article from July 15, 2010 (http://www.koreatimes.com/article/605116) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not |

| | | |
|---|---|---|
| | | disclosed |
| 45 | The JoongAng article from January 28, 2011 (https://www.joongang.co.kr/article/4994669#home) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 46 | The Korea Times article from December 24, 2004 (http://m.koreatimes.com/article/20041223/218396) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 47 | YouTube video of Yun Hwa No singing (https://www.youtube.com/watch?v=-Jyn2Hyu0vg&ab_channel=KorenKwag) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 48 | Worldkorean.net article from May 11, 2013 (https://www.worldkorean.net/news/articleView.html?idxno=10426) showing Yun Hwa No was owner of the restaurant | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 49 | The Peace Times Weekly from September 4, 2016 (file:///Users/ryankim/Desktop/16090401.pdf) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not |

| | | |
|---|---|---|
| | | disclosed |
| 50 | The New York Ilbo from June 22, 2018 (http://www.newyorkilbo.com/39541) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 51 | The Korea Times article from April 10, 2010 (http://m.koreatimes.com/article/587518) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 52 | The Korea Daily article from January 7, 2019 (https://news.koreadaily.com/2019/01/07/economy/business/6878893.html) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 53 | The Korea Times article from January 7, 2015 (http://m.koreatimes.com/article/894478) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 54 | The New York Ilbo article from 6/22/2016 (http://www.newyorkilbo.com/36725) Mr. No San Soo Gap San 2 president | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not |

| | | |
|---|---|---|
| | | disclosed |
| 55 | LAKorea.net notice 5/3/2012 (https://lakorea.net/board/index.html?id=freeboard&asort=hit&no=278) Free Lunch for parent's day | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 56 | The Korea Daily article from 3/15/2010 (https://news.koreadaily.com/2010/03/15/economy/business/1001069.html) Mr. No restaurant president | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 57 | The New York Ilbo 1/9/2015 article (https://issuu.com/nyilbo/docs/010915c/1) | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 58 | Google map direction from Reception house parking lot to NYM. | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 59 | Photos of San Soo Kap San 2, So Poong Janchi, Kono Chicken and Han Kook Jung Yuk | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not |

| | | |
|---|---|---|
| | | disclosed |
| 60 | Photos of the Reception House parking lot | NYM objection<br><br>PW Objection – hearsay, foundation, relevance, not disclosed |
| 61 | Plaintiff's damage calculation | NYM objection<br><br>PW Objection – hearsay, foundation |
| 62 | Spread sheet summary of plaintiff's call history with defendants' employees | NYM objection<br><br>PW Objection – hearsay, foundation |
| 63 | | |
| 64 | | |
| 65 | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## B. Defendants' Exhibits

|  | Document | Bates Stamped Number (in chronological order) | Trial Exhibit Number |
|---|---|---|---|
| 1* | Jung Keun Kim info from CPA (redacted) | NYM   1 | A |
| 2* | Jung Keun Kim business card | NYM   2 | B |
| 3* | Jung Keun Kim W2 (redacted) | NYM   3-4 | C |
| 4* | EZPass records | NYM   5-46 | D |
| 5* | HACCP Sign Sheet | NYM   47 | E |
| 6* | Payroll documents from CPA | NYM   48-59 | F |
| 7* | Checks to Plaintiff | NYM   60-65 | G |
| 8* | Checks to Plaintiff | NYM   66-71 | H |
| 9* | Checks to Plaintiff | NYM   72-73 | I |
| 10* | Checks to Plaintiff | NYM   74-81 | J |
| 11* | Paystubs | NYM   82-103 | K |
| 12* | Paystubs | NYM   104-145 | L |
| 13* | Paystubs | NYM   146-163 | M |
| 14* | EZPass records | NYM   164-184 | N |
| 15* | EZPass records | NYM   185-226 | O |
| 16A* 16B* | USDA Letters | NYM   227-235 NYM   236-238 | P |
| 17* | golf outing banner | NYM   241 | Q |
| 18* | Unemployment Insurance Notice of Potential Charges | NYM   242-244 | R |
| 19* | Unemployment Insurance Documents | NYM   245-261 | S |

## **Exhibit D**

Picnic World's Exhibits

| Exhibit No. | Document | Trial Exhibit No. |
|---|---|---|
| 1 | Plaintiff's Answer to Defendant Picnic World Corp's Interrogatories dated April 28, 2022, with Verification dated May 6, 2022 (for impeachment or rebuttal purposes) | |